FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 18 2011   JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# United States District Court
# Western District of Washington

| UNITED STATES ex rel. JONATHAN BLOEDOW |
|---|

Plaintiff(s)

V.

| PLANNED PARENTHOOD OF THE GREAT NORTHWEST, INC. |
|---|

Defendant(s)

Case Number **11-CV-1192 MJP**

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Filed Under Seal -
In Camera

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, **MICHAEL J. NORTON** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

| JONATHAN BLOEDOW, RELATOR |
|---|

The particular need for my appearance and participation is:

| AT THE REQUEST OF JONATHAN BLOEDOW, TO REPRESENT MR. BLOEDOW FOR ALL PURPOSES |
|---|

I, **MICHAEL J. NORTON** understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 18, 2011          Signature of Applicant: s/MICHAEL J. NORTON

**11-CV-01192-DOCTRM**

| | |
|---|---|
| Pro Hac Vice Attorney Applicant's Name: | MICHAEL J. NORTON |
| Law Firm Name: | ALLIANCE DEFENSE FUND |
| Street Address 1: | 6400 S. FIDDLERS GREEN CIRCLE |
| Address Line 2: | SUITE 950 |
| City: | GREENWOOD VILLAGE |
| State: | Colorado |
| Zip: | 80111 |
| Phone Number w/ Area Code | 480-388-8163 |
| Bar # | 6430 |
| State | Colorado |
| Applicant E-mail Address: | mnorton@telladf.org |
| Secondary E-mail Address: | |

### STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant MICHAEL J. NORTON is unable to be present upon any date assigned by the court.

Date: July 18, 2011

Signature of Local Counsel: s/ TODD M. NELSON ESQ.

| | |
|---|---|
| Local Counsel's Name: | TODD M. NELSON ESQ. |
| Bar # | WSBA#18129 |
| Law Firm Name: | NELSON LAW GROUP PLLC |
| Street Address 1: | 600 STEWART STREET |
| Address Line 2: | SUITE 100 |
| City: | SEATTLE |
| State: | Washington |
| Zip: | 98101 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 206-269-8290 |



# REGISTRATION FORM
## for the
## ELECTRONIC CASE FILING SYSTEM

NEW! E-Mail
Print

**Last Name:** Norton   **First:** Michael   **Middle:** J.

**Attorney Bar # and State:** 6430 Colorado

PRO SE APPLICANTS ONLY: Please enter your case number below so we can activate you to electronically file in your case. You do not need to fill out Attorney Bar #, State, or Firm Name.

**Firm Name:** Alliance Defense Fund

**Street Address:** 6400 S. Fiddlers Green Circle, Suite 950

**City:** Greenwood Village   **State:** ~~Washington~~ CO   **Zip code or Postal Code:** 80111

**Country:** USA

**Telephone Number:** 303-818-6811   **Case #:** (PRO SE APPLICANTS ONLY)

**Internet E-mail Address:** mnorton@telladf.org   **Back-up E-mail Address:** mjnorton@bfw-law.com

**Does your e-mail software support HTML messages?**   xx Yes   ☐ No

By submitting this registration form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4. By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any ~~changes or additions~~ that may be made to such administrative procedures in the future.

s/ Michael J. Norton

**Signature (Type "s/" and your name)**   x~~3/16/11~~ 5/31/11
**Date Signed**

**E-MAIL OPTION:**
You can now e-mail this form to the Clerk's Office. Click the E-Mail button to send it via your e-mail provider.
You can also save this form and attach it to an e-mail sent to: cmecf@wawd.uscourts.gov.

**MAIL OPTION:**
Click Print and mail to:
Clerk, U.S. District Court
Western District of Washington
Attn: ECF Attorney Registration
700 Stewart St., Lobby Level
Seattle, WA 98101

*For assistance with this form, call the ECF Help Desk at 1-866-323-9293.*



## Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4  By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

| s/ Michael J. Norton | 5/31/11 |
|---|---|
| Signature (use an "s/" and type your name) | Date Signed |